FILED
CLERK, U.S. DISTRICT COURT

JUN 2 3 2026

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   Case No.: 5:20-CR-196-JGB
                                )
                Plaintiff,      )   ORDER OF DETENTION PENDING
                                )   FURTHER REVOCATION
        v.                      )   PROCEEDINGS
                                )   (FED. R. CRIM. P. 32.1(a)(6); 18
Ralph Titus III                 )   U.S.C. § 3143(a)(1))
                                )
                Defendant.      )
_____)

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (√)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (√)   information in the Pretrial Services Report and Recommendation

    (√)   information in the violation petition and report(s)

    (√)   the defendant's nonobjection to detention at this time

    ( )   other: _____

1

and/ or

B. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

(X)   information in the Pretrial Services Report and Recommendation

(X)   information in the violation petition and report(s)

(X)   the defendant's nonobjection to detention at this time

( )   other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: June 23, 2026

_____
SHERI PYM
United States Magistrate Judge

2